UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGAR, et al.,<br><br>    Defendants. | Case No. 09-01795 CBM (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, the attached Report and Recommendation of Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

**IT IS SO ORDERED.**

DATED: 12/14, 2009

                                                          CONSUELO B. MARSHALL
                                                           United States District Judge