UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV 09-01795 CBM (AJW) |
| | ) | |
| vs. | ) | |
| | ) | J U D G M E N T |
| ARNOLD SCHWARZENEGGAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 12/14, 20 09

CONSUELO B. MARSHALL
United States District Judge